**Goodman & Goodman Attorneys at Law**
Howard Goodman, State Bar #76570
Sean Goodman, State Bar #266109
18321 Ventura Blvd., Suite 755
Tarzana, California 91356-4228
(818) 996-8903
Fax: (818) 996-8903

Attorneys for use Plaintiff

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, for the use of ALL-STATE UTILITY SUPPLY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNKS CONSTRUCTION, INC.; FINANCIAL PACIFIC INSURANCE COMPANY, <br><br> Defendants. | CASE NO. CV10-6615-GW-(VBKx) <br><br> JUDGMENT AFTER TRIAL BY COURT <br><br> Honorable, George H. Wu, Judge <br><br> FSC: APRIL 28, 2011 <br> TRIAL: MAY 10, 2011 <br> TIME: 8:30 AM <br> ROOM: 10 |

Trial of this matter came on regularly for hearing on May 10, 2011 at 9:00 AM in Department 10 before the Honorable George H. Wu, Judge presiding. Howard Goodman appeared as attorney for use plaintiff, All-State Utility Supply, Inc. John E. Hope appeared as attorney for defendants, Unks Construction, Inc. and Financial Pacific Insurance Company.

The parties waived trial by jury and the action was tried before the Court. The parties by counsel also waived recovery of attorney's fees. Evidence, both oral and documentary, was received and the matter was argued and submitted for decision. The Court being fully advised makes the following findings:

1. Base covers were outside the scope of the materials which use plaintiff agreed to furnish to defendant, Unks Construction, Inc. for the VA Project;

2. Use plaintiff is entitled to the reasonable value of the base covers it furnished and the reasonable value is $6,804.50, said amount being one-half of the damages use plaintiff claims and which amount it offered to said defendant;

JUDGMENT

3. Defendant, Unks Construction, Inc., was entitled to the use of an operated crane furnished by Ameron for three (3) days. Use plaintiff is entitled to the sum of $4,940 for furnishing the operated crane to defendant, Unks Construction, Inc., for two (2) additional days;

4. The sum of $4,940 is a fixed amount and use plaintiff is entitled to interest thereon at 10% per annum for one (1) year amounting to $494;

5. Defendant, Financial Pacific Insurance Company, is jointly liable with defendant, Unks Construction, Inc., pursuant to the terms of the payment bond it executed pursuant to the Miller Act.

NOW THEREFORE IT IS ORDERED AND ADJUDGED THAT

Use plaintiff, All-State Utility Supply, Inc., shall recover judgment against defendants, Unks Construction, Inc. and Financial Pacific Insurance Company, for damages in the sum of $11,744.50 together with interest in the sum of $494.00, and court costs in the sum of $551.00 for a total judgment in the sum of $12,789.00.

Dated: May 17, 2011

_____
GEORGE H. WU, U.S. DISTRICT JUDGE